# EXHIBIT 1

| | |
|---|---|
| **From:** | Steven O'Reilly <steveslaw110@msn.com> |
| **Sent:** | Thursday, October 24, 2019 6:40 PM |
| **To:** | Cho, Teresa |
| **Cc:** | Elie, Steve; Factora, Celeste |
| **Subject:** | Re: Black v. State Farm - Local Rule 7.3 Conference of Counsel Before Filing MSJ |

Teresa, I don't know what happened here today. I told you that I would meet and confer with you after I resolved the deposition issue with Steven. At 4 o'clock you sent me an email stating that you were waiting to conference. I emailed you and said that I had just sent a letter to Steve and would meet with you after the call. I called Steven at 4:30 and he wasn't even there. I can meet tomorrow but after 1:30. Just tell me the time. Thanks.

**From:** Cho, Teresa
**Sent:** Thursday, October 24, 2019 4:09 PM
**To:** 'Steven O'Reilly'
**Cc:** Elie, Steve ; Factora, Celeste
**Subject:** RE: Black v. State Farm - Local Rule 7.3 Conference of Counsel Before Filing MSJ
Mr. O'Reilly,
Will wait another 5 minutes. If you do not join, I will end the conference call. Feel free to call my phone directly.

**Teresa Cho**
*Partner*



| | | |
|---|---|---|
| Musick, Peeler & Garrett LLP | | |
| One Wilshire Building | | |
| 624 South Grand Avenue, Suite 2000 | | T (213) 629-7879 |
| Los Angeles, California 90017-3383 | Download V-Card | F (213) 624-1376 |
| | t.cho@musickpeeler.com | |
| | www.musickpeeler.com | |

**Los Angeles | Orange County | San Diego | San Francisco | Santa Barbara County | Ventura County**

An international member of AllyLaw

This e-mail is confidential and may contain attorney client or otherwise privileged or private information. Unless you are an intended or authorized recipient, you may not use, copy or disclose this message or any information contained herein. If you have received this message in error, please advise us by reply email to: administrator@musickpeeler.com and delete the message and any attachments. Thank you.

**From:** Cho, Teresa
**Sent:** Thursday, October 24, 2019 4:02 PM
**To:** 'Steven O'Reilly'
**Cc:** Elie, Steve; Factora, Celeste
**Subject:** RE: Black v. State Farm - Local Rule 7.3 Conference of Counsel Before Filing MSJ
I'm on the call. Are you planning on joining?

1

**Teresa Cho**
*Partner*

MusickPeeler

Musick, Peeler & Garrett LLP
One Wilshire Building
624 South Grand Avenue, Suite 2000
Los Angeles, California 90017-3383

Download V-Card
t.cho@musickpeeler.com
www.musickpeeler.com

T (213) 629-7879
F (213) 624-1376

**Los Angeles | Orange County | San Diego | San Francisco | Santa Barbara County | Ventura County**

An international member of AllyLaw

---

**From:** Cho, Teresa
**Sent:** Thursday, October 24, 2019 2:05 PM
**To:** 'Steven O'Reilly'
**Cc:** Elie, Steve; Factora, Celeste
**Subject:** RE: Black v. State Farm - Local Rule 7.3 Conference of Counsel Before Filing MSJ

Here is the call-in information

At the scheduled date and time, please call (213) 629-7995.

When prompted, enter the following Conference ID: 1729-9693, followed by # key.

**Teresa Cho**
*Partner*

MusickPeeler

Musick, Peeler & Garrett LLP
One Wilshire Building
624 South Grand Avenue, Suite 2000
Los Angeles, California 90017-3383

Download V-Card
t.cho@musickpeeler.com
www.musickpeeler.com

T (213) 629-7879
F (213) 624-1376

**Los Angeles | Orange County | San Diego | San Francisco | Santa Barbara County | Ventura County**

An international member of AllyLaw

---

**From:** Cho, Teresa
**Sent:** Thursday, October 24, 2019 12:52 PM
**To:** 'Steven O'Reilly'
**Cc:** Elie, Steve; Factora, Celeste
**Subject:** RE: Black v. State Farm - Local Rule 7.3 Conference of Counsel Before Filing MSJ

Today at 4 pm works for me.

**Teresa Cho**
*Partner*

MusickPeeler

Musick, Peeler & Garrett LLP
One Wilshire Building
624 South Grand Avenue, Suite 2000
Los Angeles, California 90017-3383

Download V-Card
t.cho@musickpeeler.com
www.musickpeeler.com

T (213) 629-7879
F (213) 624-1376

**Los Angeles | Orange County | San Diego | San Francisco | Santa Barbara County | Ventura County**

An international member of **AllyLaw**

---

**From:** Steven O'Reilly [mailto:steveslaw110@msn.com]
**Sent:** Thursday, October 24, 2019 12:51 PM
**To:** Cho, Teresa
**Cc:** Elie, Steve; Factora, Celeste
**Subject:** Re: Black v. State Farm - Local Rule 7.3 Conference of Counsel Before Filing MSJ

Hi Teresa: Your email at 5:20 p.m. last night was just not enough notice to set up an appointment for today but, I can meet and confer tomorrow afternoon. You have suggested 11:00 a.m. but I have appointments tomorrow morning until noon. How about 1:30, 2:00, 3:00 or 4:00 p.m? Actually, I think that I'll be talking to Steve this afternoon. Why don't we just discuss then. It will probably be at 4 if thats okay. Thanks

---

**From:** Cho, Teresa
**Sent:** Wednesday, October 23, 2019 5:21 PM
**To:** Steven O'Reilly
**Cc:** Elie, Steve ; Factora, Celeste
**Subject:** Black v. State Farm - Local Rule 7.3 Conference of Counsel Before Filing MSJ

Mr. O'Reilly,

We write to you in compliance with Local Rule 7-3 before filing State Farm's anticipated Motion for Summary Judgment or Partial Summary Judgment ("MSJ"). Below is an outline of the grounds for State Farm's MSJ. Jasmine Gerwin ("Gerwin") filed the Complaint in *Gerwin v. Black*, LASC Case No. BC606694 ("Underlying Case") seeking personal injury damages from an assault and battery on August 10, 2014. Gerwin alleged only two intentional tort causes of action—(1) intentional infliction of emotional distress; and, (2) assault and battery. Factually, Gerwin alleged that on that August, 2014 date, David Black ("Black") physically assaulted and/or committed battery upon her body by trying to break her neck.

The homeowners policy issued by State Farm to Black affords coverage only those injuries "caused by an **occurrence**." "Occurrence" is defined as "an accident." The assault and battery of another is not an "occurrence" or "accident" within the meaning of a liability policy. See Delgado v. Interinsurance Exch., 47 Cal.4th 302 (2009).

Here, Gerwin alleged that her injuries were caused by Black trying to break her neck. In Black's "statement" provided via his attorney's October 24, 2016 letter, he asserted that Gerwin struck him on his face and head and that he left the hotel room.

Consequently, none of the evidence provided to State Farm indicated anything other than a non-accidental assault and battery of Gerwin on August 10, 2014—the sole basis for her lawsuit. Thus, there was no coverage for Gerwin's claims against Black and State Farm is entitled to Summary Judgment in this case.

We are available for a conference call on the following dates and times:

Thursday, Oct. 24, at 1:30 pm

Friday, Oct. 25, at 11 am

Please advise as to which of these work for you, and we will call you at that time.

**Teresa Cho**
*Partner*

**Musick Peeler**

---

| | | |
|---|---|---|
| Musick, Peeler & Garrett LLP | | T (213) 629-7879 |
| One Wilshire Building | Download V-Card | |
| 624 South Grand Avenue, Suite 2000 | t.cho@musickpeeler.com | F (213) 624-1376 |
| | www.musickpeeler.com | |

Los Angeles, California 90017-3383

**Los Angeles | Orange County | San Diego | San Francisco | Santa Barbara County | Ventura County**



This e-mail is confidential and may contain attorney client or otherwise privileged or private information. Unless you are an intended or authorized recipient, you may not use, copy or disclose this message or any information contained herein. If you have received this message in error, please advise us by reply email to: administrator@musickpeeler.com and delete the message and any attachments. Thank you.

4