# EXHIBIT 2

# MusickPeeler

ATTORNEYS AT LAW

---

## MEMORANDUM

---

**DATE:**     November 26, 2019

**TO:**       File

**FROM:**     Teresa Cho

**RE:**       Voicemail from Steve O'Reilly (November 25, 2019 at 4:56:59 PM PST)

Hi Teresa, this is Steve O'Reilly calling.  I was calling to give you notice that I'm going to be filing an ex parte application to allow me to file the opposition for summary judgment late, probably a couple of days.  But, your — application, you need to respond to my application within 24 hours so you got until tomorrow like at this time.  You're a — any kind of paperwork you want to file in opposition.  So, I'm going to be seeking to allow late filing or alternatively to continue the hearing to allow a late filing, okay.  And, if you have any questions, give me a call at, let's see, you can call my cell phone.  Do you have my office phone?  It's (310) 584-7890 and my cell phone is (310) 566-0800, (310) 560-0800, I'm sorry, okay, and the grounds are just I did not have the time with all the discovery and the documents here in the last week with my expert issues and just didn't have the time to get to it to have it filed today.  So I'll probably be about a day late.  Okay, thanks.

1191249.1