Steven W. O'Reilly, SBN 141741
12304 Santa Monica Boulevard, Suite 300
Los Angeles, California  90025-2593
Telephone:  (310) 584-7890
Facsimile:  (310) 933-6980
Email: steveslaw110@msn.com
Attorney for plaintiff David Black

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA WESTERN DIVISION

| | |
|---|---|
| DAVID BLACK,<br><br>     Plaintiff,<br><br>v.<br><br>STATE FARM GENERAL INSURANCE COMPANY and DOES 1-10,<br><br>     Defendants. | Case No. 2:19-cv-04163-VAP-ASx<br>*Hon. Virginia A. Phillips*<br><br>Declaration of Phillip Baker<br>In Support of Opposition to MSJ of State Farm<br><br>Hearing Date:  12-16-19<br>Time:              2:00 p.m.<br>Crtrm.:            8A<br>Judge:            Hon. Virginia A. Phillips |

TO THE COURT AND TO THE DEFENDANT AND ITS ATTORNEYS

OF RECORD. The plaintiff respectfully submits the Declaration of Phillip Baker.

LAW OFFICES OF STEVEN O'REILLY

By:  / s / Steven O'Reilly

STEVEN O'REILLY

Declaration

## DECLARATION OF PHILLIP A. BAKER

My name is Phillip Baker. I am an attorney that is licensed and admitted to practice law in all of the state courts of California and, I am a partner in the firm of Baker, Keener and Nahra. I was the attorney of record for David Black in the civil case entitled Jasmine Gerwin v. David Black and bearing case number BC606694. As his attorney I have developed personal knowledge of the facts referenced in this declaration. As a partner and, as a defense attorney, I have knowledge of the billing entries and timesheet preparation for all of the billing invoices on the David Black case, whether done by me or an associate. I have reviewed the correspondence exchanged between my office and State Farm Insurance in the Gerwin v. Black case and, for the calendar year of 2016. I am offering this declaration on behalf of David Black to be used in support of his opposition to a motion for summary judgment. If I am called as a witness I will competently, and truthfully, testify to the following facts:

1.      We set up the Gerwin v. Black case on or about February 5, 2016 and the first letter received from State Farm which is in our file on the Gerwin v. Black case was dated April 19, 2016. The next letter that we received from State Farm was dated July 26, 2016. The next letter that we received from State Farm was dated September September 14, 2016. The next letter received from State Farm was dated October 12, 2016. The last letter was also the denial letter and, it was dated December 7, 2016.

Declaration

2.    I have no knowledge that we ever received a letter from State Farm that was dated February 25, 2016. We did not receive a letter from State Farm that was entitled a Reservation of Rights letter or that discussed the issues that are discussed in a reservation of rights letter, at any time during 2016.

3.    I reviewed all of the billing entries and billing sheet descriptions for all of the work billed by the attorneys that worked on David Black's case, from February 8, 2016 through May 1, 2016. There was no activity or billing generated by a letter from State Farm from when we first opened the case on February 5, 2016 until we received State Farm's 3 page letter dated April 19, 2016 but, not actually received until April 25, 2016.

4.    I would have remembered receiving a reservation of rights letter on that case and, that letter would have been scanned into our system if it had been received, which it wasn't.

5.    I wrote the first notification letter to State Farm Insurance on February 8, 2016. I enclosed the complaint and asked State Farm to tender it to any applicable policy belonging to Mr. Black.

6.    I knew that Mr. Black had a couple of insurance policies with State Farm but we didn't have possession of them.

Declaration                                              2

7.    It is my recollection that State Farm selected the insurance policy and then applied it's provisions to the complaint filed by Jasmine Gerwin. State Farm then denied coverage and refused to defend Mr. Black.

8.    Attached as exhibit 1 are true and correct copies of five letters that were sent by my office to State Farm requesting that it provide a defense. The first letter was sent on February 8, 2016 and the last was sent on November 16, 2016.

9.    Attached as exhibit 2 is a true and correct copy of State Farm's cooperation letter of April 19, 2016 which was sent by certified mail and, which doesn't mention  a reservation of rights letter sent in February of 2016.

10.    Attached as exhibit 3 is a  true and correct copy of State Farrm's denial of claim letter dated December 7, 2016. In the letter, State Farm concludes that if we submitted a claim under the remaining two policies, it would also be denied. The letter was also sent by certified mail.

I have read the above and declare under penalty of perjury and under the laws of the United States of America that it is true to the best of my knowledge.

Signed this 22 day of November 2019 at Los Angeles, Ca.

By: _____

PHILLIP A. BAKER, Declarant

Declaration                                3