Steven W. O'Reilly, SBN 141741
12304 Santa Monica Boulevard, Suite 300
Los Angeles, California  90025-2593
Telephone:  (310) 584-7890
Facsimile:   (310) 933-6980
Email: steveslaw110@msn.com
Attorney for plaintiff David Black

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA WESTERN DIVISION

DAVID BLACK,

     Plaintiff,

v.

STATE FARM GENERAL
INSURANCE COMPANY and
DOES 1-10,

     Defendants.

Case No. 2:19-cv-04163-VAP-ASx
*Hon. Virginia A. Phillips*
PLAINTIFF'S STATEMENT OF
GENUINE ISSUES IN SUPPORT
OF THE OPPOSITION TO
DEFENDANT'S MOTION FOR
SUMMARY JUDGMENT

Hearing Date:  12-16-19
Time:               2:00 p.m.
Crtrm.:             8A
Judge:             Hon. Virginia A. Phillips

TO THE COURT AND TO THE DEFENDANT AND ITS ATTORNEYS OF RECORD.

     Plaintiff David Black submits his Statement of Genuine Issues in Opposition to the

Defendant's Statement of Undisputed Facts.          By:  / s  /Steven O'Reilly

                                 STEVEN O'REILLY

Statement of Genuine Issues

CERTIFICATE OF SERVICE

I, Steven O'Reilly, hereby certify that on December 5, 2019 I electronically filed the foregoing paper described as:  Statement of Genuine Issues with the Clerk of the Court using the ECF system and the Court will send notification of such filing to the following parties.

Steven Elie  s.elie@musickpeeler.com
Teresa Cho  t.cho@musickpeeler.com
624 S. Grand Ave., Suite 2000
Los Angeles, Ca. 90027
(213) 629-7600
(213) 624-1376
Representing defendant State Farm

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am a member of the bar of this court and authorized this service.

Executed on December 5, 2019 at Los Angeles, Ca.

By: / s /Steven O'Reilly

STEVEN O'REILLY

2