# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JS-6

FILED
CLERK, U.S. DISTRICT COURT
DEC 31, 2019
CENTRAL DISTRICT OF CALIFORNIA
BY: BH DEPUTY

David Black,

    Plaintiff,

v.

State Farm General Insurance Company et al,

    Defendant.

2:19-cv-04163-VAP-ASx

# JUDGMENT

Pursuant to the Order Granting Defendant's Motion for Summary Judgment, IT IS ORDERED AND ADJUDGED that Plaintiff's complaint is DISMISSED WITH PREJUDICE. The Court orders that such judgment be entered.

**IT IS SO ORDERED.**

Dated: 12/31/2019

*Virginia A. Phillips*
Virginia A. Phillips
Chief United States District Judge